# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

EDWARD RUSSELL FISH,

    Plaintiff,

v.                                                                      No. 2:22-cv-00150-MIS-JHR

OCCUPATIONAL HEALTH & SAFETY ADMIN., et al.,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED with prejudice.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE